UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Brooks,

-v.-

09 Civ. 3100 (RWS)

City of N.Y.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09

Please be advised that the conference scheduled for Aug 19, 09 has been rescheduled to Sept 9, 09 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
8-5-09

/s/ Robert W. Sweet
ROBERT W. SWEET
United States District Judge